RECEIVED
FEB - 7 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| JOSHUA SAVOY | ) | CIVIL ACTION NO: 06-1021 |
| | ) | |
| VERSUS | ) | JUDGE DOHERTY |
| | ) | |
| UNITED STATES OF AMERICA, obo | ) | MAGISTRATE JUDGE METHVIN |
| U.S. DEPARTMENT OF NAVY | ) | |

## JUDGMENT

The court having before it an unopposed Motion to Dismiss filed by the United States of America, and for the reasons stated in the Order entered January 10, 2007 (Doc. 14),

IT IS ORDERED, ADJUDGED AND DECREED that the Motion to Dismiss for lack of subject matter jurisdiction over plaintiff's claims against the United States is hereby GRANTED;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that plaintiff's Complaint is DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in chambers this ___ day of _____, 2007.

HONORABLE REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

BY: _____
Michael S. Zerlin
123 E. 7th Street
Thibodaux, LA 70301
(985) 448-2300
Attorney for Joshua Savoy

DONALD W. WASHINGTON
UNITED STATES ATTORNEY

BY: _s/ Janice E. Hebert_
Janice E. Hebert (20218)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501-7206
Telephone: (337) 262-6618
Attorney for United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of January 2007, a copy of the foregoing proposed Judgment was filed electronically with the Clerk of Court using the CM/ECF system. I certify that according to the Court's Electronic Mail Notice List, there are no manual recipients.

Respectfully Submitted,

DONALD W. WASHINGTON
United States Attorney

By:   s/Janice E. Hebert
     JANICE E. HEBERT (#20218)
     Assistant United States Attorney